FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 09 2024 ★

BROOKLYN OFFICE

KASSIA DIOMANDE
70 Lenox Avenue apt 11H
New York, New York 10026

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KASSIA DIOMANDE, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT POLICE OFFICER Unknown to Plaintiffs but known to Defendants, Individually and in his Official capacity as a Police Officer of the New York City Police Department, and " JOHN DOE unknown tax ID , JOHN DOE unknown tax ID, JOHN DOE unknown tax ID, JOHN DOE unknown tax ID, JANE DOE unknown tax ID , JANE DOE unknown tax ID", names being fictitious intended to be Officers, Police Officers, agents, servants, licensees, employees of the New York City Police Department, each individually and/or in their respective official capacities with the City of New York and/or the New York City Police Department, <br><br> Defendants. | DOCKET NO.: **24-cv-03509-RPK-LB** <br><br> **CIVIL ACTION** <br><br> **COMPLAINT** <br><br> **AND** <br><br> **JURY DEMAND:** <br><br> (1) TITLE VII OF THE CIVIL RIGHTS ACT OF 1964; <br><br> [JURY TRIAL DEMANDED] |

COMPLAINT FOR

Plaintiff Kassia Diomande, ——————————————,of 70
Malcolm x Blvd, New York, New York 1———,0026. allege the following:

## NATURE OF THE ACTION

1.      This is an action seeking compensation and damages pursuant

to 42 U.S.C. excessive force, and false arrest; Fourth Amendment Violation for

unlawful search and seizure of Plaintiff's persons/body, false imprisonment, false

arrest, violation of civil rights, abuse of authority, deviation and/or gross deviation

from proper procedures, malice, recklessness, carelessness, official misconduct,

malicious persecution and violation of the Plaintiff's Federal Rights Pursuant to

Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of

1991, 42 U.S.C. section 1983 for damages sustained by Plaintiff Kassia Diomande,

each individually, as direct and proximate result of unconstitutional use of

excessive and /or unnecessary force, false imprisonment and false arrest against the

above named Plaintiff. Plaintiff suffered from fourth Degree Stalking, NY PL

120.45 and NY PL 120.50 code. Under Title 18 U.S Code § 2261A. This action

also seeks to recover punitive damages against the Defendants herein.

2.      Based upon information and belief on or about May 3, 2021 the

Plaintiff Kassia Diomande resided at 70 Malcom x Blvd. Apt 11H New York, NY

10026.

3.      At all relevant times herein mentioned, Plaintiff is of a minority

race/national origin/ethnicity/color as she is an African American/Indian/West

1

Indian descent, race, color, ethnicity and /or national origin.

4.      That on or about May 3,2021, the subject premises were entered by the Defendants. Plaintiff was arrest after Plaintiff called the police because plaintiff was attacked by her stalker in her New York City Housing Apartment. Camera surveillance was captured within the incident where unlawful actions were committed on the Defendant.

5.      New York City Police Officer at PSA-5 and 28th Prescient individually and acting in concert with Defendants "JOHN AND JANE DOES" names being fictitious intended to be Police officers, agents, servant, licensees, and/or employee of the New York Police Department, each individually and/or in their respective official capacities with the City of New York, and/or the New York City Police Department, while acting under color of law, the officers entered the New York City Apartment of the Plaintiff's property and observed her home conditions and the marks and bruises on her neck, chest and arms. Plaintiff informed the officers first name, last name and where the stalker lives. Plaintiff explained that the women has been stalking her for years and plaintiff made police reports to PSA-5 and 28th prescient about her since 2019 up to date.

6.      At the time the Defendants left plaintiff home after the incident and an hour later found the women. New York City Police Officer at PSA-5 and 28th Prescient individually and acting in concert with Defendants "JOHN AND

2

JANES DOES", individually and acting in concert with each other and while acting under color of law, all acting within the scope of their employment with Defendant the CITY OF NEW YORK as New York City Police Officers/agent/employees, upon information and belief, were at all relevant times herein mentioned, of the Caucasian/White race/Black came back to my home and arrested Plaintiff in her New York City Housing Apartment.

       7.      On May 3,2021 Plaintiff resided at 70 Malcolm x Blvd. APT 11H New York, NY 10026. At the time Plaintiff took off her work and had taken time home do the COVID-19 outbreak. Plaintiff was home with her two (2) year old son, ten (10) year old daughter and plaintiff two (2) year old son father. Plaintiff heard a knock on her door. Plaintiff could not see who was at the door until she opened the door. Plaintiff observed it was her stalker known as Danaisa Martin who resides in East Orange, New Jersey. The stalker attacked plaintiff front her door, passing her living room and kitchen. The stalker hit Plaintiff multiple time with a mental clothing rack stick and used Plaintiff kitchen knives to inflect for harm to plaintiff. Plaintiff two (2) year old son father was present and separated plaintiff and stalker. Plaintiff was than locked in her home bathroom with her two-year-old son (2) for about an hour and while her ten (10) year old daughter was inside her bedroom. The police were called once Plaintiff son's father opened the bathroom door. New York City Police Officer at PSA-5 and 28th Prescient

3

---

individually and acting in concert with Defendants "JOHN AND JANE DOES"
names being fictitious intended to be Police officers, agents, servant, licensees,
and/or employee of the New York Police Department, each individually and/or in
their respective official capacities with the City of New York, and/or the New
York City Police Department, While acting under color of law "JOHN AND JANE
DOES" Arrested the Stalker Danaisa Martin and then came to plaintiff home and
arrested plaintiff inside of her New York City Housing Low income Apartment
after plaintiff reported her assault that occurred in her apartment by her stalker.

        8.      After Defendants search for thirty (30) minute my stalker was
found. Defendants than came back to my home to arrest me. Defendants were
asked by the Plaintiff what was she being charge with, while Plaintiff was lawfully
present in her kitchen and was not about to and had not engaged in any criminal
misconduct nor did she present any form of threat to the Defendants. Defendant
than circle plaintiff in front of her children. Defendant began to attempt to
handcuff plaintiff in front of her children. Plaintiff request if you can get herself
and children dressed. But plaintiff was followed into her bathroom while she
cleans her body and watched while she got dressed in her bedroom by the
Defendants.

        9.      Despite not having any lawful basis and/or authority to touch
and/or cease the person of Plaintiff, Kassia Diomande, The Defendants New York

4

City Police Officer at PSA-5 and 28th Prescient individually and acting in concert

with each other and while acting under color of law, all acting within the scope of

their employment with Defendant the CITY OF NEW YORK as New York Police

Officers/agent/employees, forcibly grabbed arm and surrounded Plaintiff Kassia

Diomande, Defendants New York City Police Officer at PSA-5 and 28th Prescient

stated that I am being arrested. Plaintiff Ms. Diomande pleaded with them to not

arrest her and asked what was her charges. Defendant had no respond. Defendant

The result of the foregoing the Plaintiff Kassia Diomande sustained injuries to her

persons including but not limited to: cuts, laceration, contusion, sprain and bruises

to her person and to otherwise sustained serious injuries and

Psychological/emotional injuries there from.

      10.    Plaintiff, Kassia Diomande was not brought to a hospital.

Plaintiff Kassia Diomande was brought to the prescient and New York City Police

Officer at PSA-5 and 28th Prescient individually and acting in concert with

Defendants "JOHN AND JANE DOES" names being fictitious intended to be

Police officers, agents, servant, licensees, and/or employee of the New York Police

Department, each individually and /or in their respective official capacities with

the City of New York, and/or the New York City Police Department, while acting

under color of law "JOHN AND JANE DOES" informed plaintiff that they found

all the police reports that plaintiff Ms. Diomande reported about the stalker Dasaisa

Martin. Defendant's kept Plaintiff in a cornered space until approximately 4am and not one doctor came to observed her condition. Plaintiff was transported to a police van with the stalker to be arrange.

11.     Defendants New York City Police Officer at PSA-5 and 28th Prescient individually and acting in concert with Defendants "JOHN AND JANE DOES" names being fictitious intended to be Police officers, agents, servant, licensees, and/or employee of the New York Police Department, each individually and /or in their respective official capacities with the City of New York, and/or the New York City Police Department, while acting under color of law brought Plaintiff to the PSA-5 Precinct where Plaintiff was refused a phone call, refused by "JOHN AND JANE DOES" of use for the bathroom. and was further was detained by "JOHN AND JANE DOES" for 1 day consecutive in their custody.

12.     Defendants New York City Police Officer at PSA-5 and 28th Prescient individually and acting in concert with Defendants "JOHN AND JANE DOES" names being fictitious intended to be Police officers, agents, servant, licensees, and/or employee of the New York Police Department, each individually and /or in their respective official capacities with the City of New York, and/or the New York City Police Department, While acting under color of law, further arrested in Plaintiff Kassia Diomande  New York City Housing apartment and was detained in their custody and use of the restroom. For the safety or well-being of

6

the Plaintiff Kassia Diomande and as result of the foregoing the Plaintiff Kassia

Diomande sustained injuries to her persons including but not limited to: cuts,

laceration, contusion, sprain and bruises to his her person and to otherwise sustain

serious injuries and Psychological/emotional injuries.

       13.     Defendants New York City Police Officer at PSA-5 and 28th

Prescient individually and acting in concert with Defendants "JOHN AND JANE

DOES" names being fictitious intended to be Police officers, agents, servant,

licensees, and/or employee of the New York Police Department, each individually

and /or in their respective official capacities with the City of New York, and/or the

New York City Police Department, While acting under color of law "JOHN AND

JANE DOES" refused to read Plaintiffs Civil rights, and state what she was being

charged with.

       14.     Defendants New York City Police Officer at PSA-5 and 28th

Prescient individually and acting in concert with Defendants "JOHN AND JANE

DOES", individually and acting in concert with each other and while acting under

color of law, all acting within the scope of their employment with Defendants the

CITY OF NEW YORK as New York City Police officers/agents/employees, after

forcibly and with the use of excessive force removing the Plaintiff from her

premises against the Plaintiffs individually and respective will, then falsely

arrested her with use of forcible restrained, detained, held the Plaintiffs against her

will, falsely imprisoned and falsely arrested Plaintiff, imprisoned, used excessive

force against the Plaintiff based upon her racial animus and discrimination against

Plaintiffs for Plaintiff's race/color/national origin/ethnicity.

          15.      That said Defendants, New York City Police Officer at PSA-5

and 28th Prescient individually and while acting in concert with each other and

acting under the color of law, all acting within the scope of their employment with

Defendants the CITY OF NEW YORK as New York City Police

Officers/employees/agents, in an intentional effort to justify their unlawful conduct

that they caused to be visited upon the Plaintiffs, thereafter then made a false and

malicious allegations against the Plaintiff by wrongfully and unlawfully

claiming/charging that the Plaintiff had violated the law and unlawfully arrested

the Plaintiff causing the Plaintiff to be arrested, kept in PSA-5 prescient for (1)one

day than booked, processed, labeled criminal defendants, arraigned, prosecuted and

forced her to have to go to court for the false allegation made against her from May

3, 2021 to August 11,2021 by said Defendants.

          16.      That as a direct and proximate result of said Defendants, New

York City Police Officer at PSA-5 and 28th Prescient individually and while acting

in concert with each other and while acting under the color of law, all acting within

the scope of their employment with CITY OF NEW YORK as New York City

Police Officers/employees/agent, in engaging in unlawful conduct, actions and /or

omissions against the Plaintiff, said Defendants , individually and while acting in

concert with each other and while acting under the color of law caused Plaintiff

individually to suffer and sustain serious personal, physical and

emotional/psychological injuries and damages including, not limited to: cut,

contusions, lacerations, swelling, bruising, injury to her head, injury to her body,

injury to her face, injury to her arms, chest, injury to her foot, loss of employment,

pain and suffering, mental anguish, shock, fear, depression, anxiety, Post-

Traumatic Stress Disorder, (PTSD), psychological injuries, psychological distress,

and emotional distress and incur cost and expenses including personal legal fees

and was otherwise damaged/injured herein.

       17.      On or about May 3,2021 the defendants New York City Police

Officer at PSA-5 and 28th Prescient known to Plaintiff, and New York City Police

Officer "JOHN AND JANE DOES", names being fictitious, intended to be

employee agents, servants, licensees, offices/employees/agents, each individually

and/or in their official capacities with the City of New York/New York City Police

Department, all acting in concert with the other, all acting within the scope of their

employment with Defendants the CITY OF NEW YORK as New York City Police

Officers/agents/employees, wrongfully/falsely charged, arrest and/or imprisoned

Plaintiff KASSIA DIOMANDE for Violations of Penal Law Sections (one) Counts

120.00 assault -3w/intent cause physical injury, 120.00 assault/recklessly cause

9

physical injury 240.30 aggravated harassment injury family and 110-120.00 HM

attempted assault w/intent cause physical injury, and 240-26 01 V harassment 2nd

Physical contact. After over 3 months of court appearance along with the New

York City Housing CCTV footage its was than proving and dismissed on August

6,2021. Defendants failed to prove their burden and dismissed all charges.

## I.    THE PARTIES

1.18._____That at all times herein mentioned, Plaintiff KASSIA

DIOMANDE was and still is a resident of the State of New York. That at all times

herein mentioned, Defendants THE CITY OF NEW YORK was and is a municipal

corporation existing by and under the laws of the State of New York. That at all

times herein mentioned, Defendants THE CITY OF NEW YORK is the public

employer of Defendants New York City Police Department Police Officers at

PSA-5 and 28th Prescient of known to Plaintiff, and New York City Police Officer

"JOHN AND JANE DOES", named herein.

2.19._____That all times herein mentioned, Defendant NEW YORK CITY

POLICE DEPARTMENT Police Officer PSA-5 and 28th Prescient of The NEW

YORK CITY POLICE DEPARTMENT known to Plaintiff, and New York City

Police Officer "JOHN AND JANE DOES", names being fictitious, intended to be

employee agents, servants, licensees, offices/employees/agents, each individually

and/or in their official capacities with the City of New York/New York City Police

Department.

10

3.20.    Defendants "John Does", and "Jane Does", names being fictitious, intended to be employee agents, servants, licensees, offices/employees/agents, each individually and/or in their official capacities with the City of New York/New York City Police Department, and are alleged to have acted all in concert with the order with the other and all within the scope of their employment with Defendants the CITY OF NEW YORK as employees/agents/Police Officers of the New York Police Department,

4.21.    In addition to the facts alleged in the foregoing paragraphs is sued in his/her individual and official capacity; acted under the color of law and within the scope of his/her employment, to wit: under color of the statutes, ordinances, regulations. policies, customs and usages of the State Of New York and/or the City of New York;

18.22.    A. Defendant, New York City Police Officer at PSA-5 and 28th Prescient known to Plaintiff, but known to the Defendant, was, at all relevant times, a Police Officer with/of the New York City Police Department and is sued herein individually and in his/her official capacity as a New York City

5.23.    Defendants Police Officers with the New York City Police Department, Defendants "JOHN AND JANE DOES", names being fictitious, intended to be employee agents, servants, licensees, offices/employees/agents, each individually and/or in their official capacities with the City of New York/New

11

York City Police Department, all acting in concert with the other, all acting within

the scope of their employment with Defendants the CITY OF NEW YORK as New

York City Police Officers/agents/employees and are being sued herein individually

and in their official capacities with the City of New York and /or the New York

City Police Department,

       6.24.     That on or about May 3 2021, and at all times herein mentioned

, Defendants, THE CITY OF NEW YORK owned, operated, managed, controlled,

governed, maintained, trained, oversaw, employed and/or supervised Defendants

New York City PSA-5 and 28th Prescient known to Plaintiff, and New York City

Police Officer "JOHN AND JANE DOES", names being fictitious, intended to be

employee agents, servants, licensees, offices/employees/agents, each individually

and/or in their official capacities with the City of New York/New York City Police

Department, all acting in concert with the other, all acting within the scope of their

employment with Defendants the CITY OF NEW YORK as New York City Police

officers/agents/employees, for their respective unlawful conduct herein committed

against the Plaintiffs, conduct by said Defendants that was committed in

furtherance of Defendant THE CITY OF NEW YORK'S business.

       19.25.    **QUALIFIED IMMUNITY VIOLATION**

7.26.  Plaintiff does not have the names or badge number of the officers who she called

to her home neither have the name of the other officer(s) Defendants Police

Officers with the New York City Police Department, Defendants "JOHN AND

JANE DOES", names being fictitious, intended to be employee agents,

servants, licensees, offices/employees/agents, each individually and/or in their

official capacities with the City of New York/New York City Police

Department, all acting in concert with the other, all acting within the scope of

their employment with Defendants the CITY OF NEW YORK as New York

City Police Officers/agents/employees and are being sued herein individually

and in their official capacities with the City of New York and /or the New York

City Police Department. Defendant individual immunity can't be defining.

Defendants at the 28th prescient has 514 allegations in civilian complaints and

53 Substantiated from 2007 to 2024. Defendants at the PSA-area 5 has 419

allegations in civilian complaints and 30 Substantiated from 2000-2023.

Furthermore, the NYPD at the at the 28th prescient and PSA-5 covers a specific

area of Harlem that also shows that both prescient's both work together. The

immunity for their high rate of complaints for violation to civilians are

consistent to my complaint.

### JURISDICTION AND VENUE

27.    This court has jurisdiction over the within action pursuant to 28 U.S.C. federal

question jurisdiction. This action is brought pursuant to 42 U.S.C. Sections

13

1983, Title VII of the Civil Right Act of 1964, as amended by the Civil Right

Act of 1991, 42 U.S.C. Sections 1981, 1981(a), 1983, the Fourth Amendment of

the United States Constitution. Jurisdiction is founded upon 28 U.S.C. Sections

1331, 1343 (1-4),

Venue is proper in the Eastern District of New York, pursuant to 28 U.SC.

## II.   EXHAUSTION OF ADMINISTRATIVE REMEDIES
20.28.        Plaintiff contacted the CCRB and reported this issue. The

investigation was completed without a conclusion. Plaintiff tried to retained copies

of the police reports made 1 Police Plaza, New, NY 10007. Defendants sealed

police reports related and unrelated to the incident in regards to Danasia Martin

name and Plaintiff reported.

## III.   FACTUAL ALLEGATIONS
29.   Defendant knew plaintiff was in fact attacked by her stalker and has physical

injuries of what happen while her two (2) children and son Father was present

and the Defendants still arrested plaintiff moreover finding the Stalker in the

area of Plaintiff address, followed by number of reports made by the plaintiff

about the girl Friend Danasia Martin who lives in East Orange, New Jersey

plaintiff reported Aggravated harassments since 2019 up to date. Defendants

The NEW YORK CITY POLICE DEPARTMENT watched as Plaintiff clean

her body in the bathroom and get dressed inside of her bathroom, blocking and

restricting Plaintiff from moving around in her apartment to get her children

dressed. Plaintiff live in a low income apartment inside of Harlem. Plaintiff live

on the eleven (11) floor in a New York City Housing Building. Defendants

detained and arrested Ms. Diomande. Plaintiff has no family and had struggled

to find someone to take care of your children while she was taken into police

custody. If plaintiff did not live in the area she did or live inside of New York

City Housing Defendant would have not have arrested her or treated plaintiff in

that many verses if she lived in less crime area and respectable Public Housing.

The NEW YORK CITY POLICE DEPARTMENT the facts alleged in the

foregoing paragraphs is sued in his/her individual and official capacity; acted

under the color of law and within the scope of his/her employment, to wit:

under color of the statutes, ordinances, regulations. policies, customs and

usages of the State Of New York and/or the City of New York: have had not

treated her with more respect. Plaintiff was discriminated because she's black,

lived in a high crime rated area and live in New York City Housing and was

over looked by her age. Plaintiff begged for help for years about her Stalker and

one day was attacked by Danaisa Martin at her New York City Housing

apartment where Plaintiff was arrested. Plaintiff had to spend one (1) day in jail

and then arraign the next afternoon by judge. Over three (3) month later after

reviewing the CCTV footage from New York City Housing Authority. The

NEW YORK CITY POLICE DEPARTMENT, THE CITY OF NEW YORK

15

DISMISSED ALL CHARGES against Plaintiff on August 6,2021. The NEW

YORK CITY POLICE DEPARTMENT did not read plaintiff rights and did not

tell plaintiff what she's being charged with. Plaintiff was refused the bathroom

while in custody of the Defendants. All this because plaintiff is a black female

living in low income New York City Housing in a high crime rate area. Plaintiff

was treated differently.

### 21.30.    CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF

Plaintiff claims for Defendants Wrongful arrest, Prejudicial Prosecution, Discrimination under the color of law and Race Discrimination Under the Color of law 18 U.S Code §242 and NY Penal Law §135.10 Unlawful imprisonment in the first degree. Loss of income, Compensation and punitive damages.

### SECOND CLAIM FOR RELIEF

Plaintiff claims on seeking damages by the New York City Police Department individual officers for violation of Plaintiff Constitutional Right. 42 USC §1983. Fifth (5) Amendment and Six (6) Amendment of failure to Miranda Plaintiff.

### THIRD CLAIM FOR RELIEF

Plaintiff claims for damages by New York City Police Department and City of New York for Malicious Prosecution in the State of New York for violation of Plaintiff Constitutional Right. 42 USC §1983.

### DECLARATORY RELIEF ALLEGATIONS

22.31.    A present and actual controversy exists between Plaintiffs and Defendants concerning their rights and respective duties. Plaintiffs contend that Defendants violated their rights under for Malicious Prosecution in the State of New York for violation of Plaintiff Constitutional Right. 42 USC §1983, and the

16

Fifth (5) Amendment Failure to read plaintiff rights to remain silent and Six (6) Amendment of failure to explain rights to council. Defendants Wrongful arrest, Prejudicial Prosecution, Discrimination under the color of law and Race Discrimination Under the Color of law 18 U.S Code §242 and NY Penal Law §135.10 Unlawful imprisonment in the first degree. Plaintiffs are informed and believe and thereon allege that the Defendants deny these allegations. Declaratory relief is therefore necessary and appropriate.

      32.     Plaintiffs seek a judicial declaration of the rights and duties of the respective parties.

### PRAYER FOR RELIEF

      33.     WHEREFORE, Plaintiffs pray for relief as follows: $350,000 in damages, punitive damages, compensatory, damages and to grant any further relief that it deems just and proper.

Dated: May _1_, 2024          Respectfully submitted,

Kassia Diomande, *Pro Se*

By: _____

### DEMAND FOR JURY TRIAL

      34.     ——Plaintiffs demand a jury trial on all causes of action and claims to which they have a right to a jury trial.

Dated: May 1, 2024          Respectfully submitted,

By: _____
         Kassia Diomande
       70 Lenox Ave 11 H
       New York, NY 10026
     email: diomande.kassia@gmail.com

17

**AFFIRMATION OF SERVICE**

*Mail Service
*Electronically Service

Attention: Legislative Affairs Unit (NYC) City Of New York
  Legal Bureau

Room: 1406

Address: One Police Plaza
New York, NY 10038

Fax: 646-610-8395
Tele: 646-610-5400

Attention: New York City Police Department (PSA-5) And 28th Prescient

Commanding Officer: Captain Rebecca Bukofzer Tavarez (PSA-5)

Address: 221E 123rd street, New York, NY 10035

Attention: Commanding Officer: Captain Albert F. Rodriguez (28th) Prescient

Address: 2271-89 8th Ave.
New York, NY 10027-5319


I Kassia Diomande, affirm service was made to all parties above by mail /
electronic service.

Date: May 1,2024

Kassia Diomande

Kassia Diomande

18

# G.S. § 10B-41 NOTARIAL CERTIFICATE FOR ACKNOWLEDGMENT

Durham County, North Carolina

I certify that the following person(s) personally appeared before me this day, each

acknowledging to me that he or she signed the foregoing document:

Kassia Diomande
*Name(s) of principal(s)*

Date: 5/2/2024

(Official Seal)

Davis Williams
*Official Signature of Notary*

Davis Williams , Notary Public
*Notary's printed or typed name*

My commission expires: 11/27/2028

DAVIS WILLIAMS
NOTARY PUBLIC
Durham  County
North Carolina
My Commission Expires 11/27/2028

**OPTIONAL**

This certificate is attached to a USD Court Civil Action signed by Kassia Diomande
*Title/Type of Document*                                        *Name of Principal Signer(s)*

on May 2 2024 , and includes 18 pages.
*Date*                        *# of pages*

CERTIFIED MAIL® RECEIPT

Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

New York, NY 10035

OFFICIAL USE

| Certified Mail Fee | $4.40 | | | 0709 |
| | $3.65 | | | 22 |
| Extra Services & Fees (check box, add fee as appropriate) | | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | | |
| ☐ Return Receipt (electronic) | $ | $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | | Here |
| ☐ Adult Signature Required | $ | $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ | | | |
| Postage | $2.11 | | | |
| $ | | | | 05/02/2024 |
| Total Postage and Fees | | | | |
| $ | $10.16 | | | |

Sent To *Captain Robecca Balcazar Alvarez Commanding Officer*

Street and Apt. No., or PO Box No. *221 E 123rd street. PSA-5*

City, State, ZIP+4® *NY, NY 10035*

PS Form 3800, January 2023 PSN 7530-02-000-5047 See Reverse for Instructions

```
                Mon 05/06/2024
        Certified Mail®                  $4.40
          Tracking #:
            9589 0710 5270 0035 2859 50
        Return Receipt                   $3.65
          Tracking #:
            9590 9402 8188 3030 2485 35
  Total                                 $10.16

      First-Class Mail®       1         $2.11
  Large Envelope
      New York, NY 10035
      Weight: 0 lb 3.30 oz
      Estimated Delivery Date
          Mon 05/06/2024
        Certified Mail®                  $4.40
          Tracking #:
            9589 0710 5270 0035 2859 43
        Return Receipt                   $3.65
          Tracking #:
            9590 9402 8188 3030 2485 42
  Total                                 $10.16
  ----------------------------------------
  Grand Total:                          $20.32
  ----------------------------------------
  Debit Card Remit                      $20.32
      Card Name: VISA
      Account #: XXXXXXXXXXXX0680
      Approval #: 571992
      Transaction #: 709
      Receipt #: 065174
      Debit Card Purchase: $20.32
      AID: A0000000980840          Chip
      AL: US DEBIT
      PIN: Verified
  ----------------------------------------

  Text your tracking number to 28777 (2USPS)
  to get the latest status. Standard Message
  and Data rates may apply. You may also
  visit www.usps.com USPS Tracking or call
            1-800-222-1811.

  In a hurry? Self-service kiosks offer
  quick and easy check-out. Any Retail
      Associate can show you how.

          Preview your Mail
          Track your Packages
          Sign up for FREE @
    https://informeddelivery.usps.com

  All sales final on stamps and postage.
  Refunds for guaranteed services only.
      Thank you for your business.

      Tell us about your experience.
  Go to: https://postalexperience.com/Pos
  or scan this code with your mobile device.
```



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

NEW YORK, NY 1003?     OFFICIAL USE

| Certified Mail Fee | $4.40 | | |
|---|---|---|---|
| $ | | $3.65 | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)     $ _____
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage     $2.11

$

Total Postage and Fees
$

05/02/2024

Sent To _Commanding Officer_
_Captain Albert F. Rodriguez_
Street and Apt. No., or PO Box No.
_2271-89 8th Ave. 28 Precinct_
City, State, ZIP+4®
_New York, NY 10027-5319_

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

Tracking #:
9589 0710 5270 0035 2859 50
Return Receipt                      $3.65
Tracking #:
9590 9402 8188 3030 2485 35
Total                              $10.16

First-Class Mail®    1
Large Envelope                      $2.11
New York, NY 10035
Weight: 0 lb 3.30 oz
Estimated Delivery Date
Mon 05/06/2024
Certified Mail®
Tracking #:                         $4.40
9589 0710 5270 0035 2859 43
Return Receipt                      $3.65
Tracking #:
9590 9402 8188 3030 2485 42
Total                              $10.16

----------------------------------------
Grand Total:                       $20.32
----------------------------------------
Debit Card Remit                   $20.32
Card Name: VISA
Account #: XXXXXXXXXXXX0680
Approval #: 571992
Transaction #: 709
Receipt #: 065174
Debit Card Purchase: $20.32
AID: A0000000980840      Chip
AL: US DEBIT
PIN: Verified
----------------------------------------

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

Kassia Diomande
70 Lenox Ave Apt. 11H
New York, NY 10026

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 09 2024 ★

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 0035 2859 67

FCM LG ENV
USPS CERTIFIED MAIL
MAY 02, 2024
$10.16
R2305K132919-13

UNITED STATES
POSTAL SERVICE®

11201

RDC 99

United States District Court for the
New York Eastern District
225 Cadman plaza East
Brooklyn NY 11201
★ MAY 09 2024 ★ ✗✗Filing unit #

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

BROOKLYN OFFICE