UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KASSIA DIOMANDE,<br><br>         Plaintiff,<br><br>   -against-<br><br>THE CITY OF NEW YORK, ET AL.,<br><br>         Defendants. | 24-CV-7302 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  By order dated September 27, 2024, the Court directed Plaintiff, within thirty days, to submit a signed copy of the signature page of the *in forma pauperis* application. (ECF 8.) That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not submitted the signed signature page. Accordingly, the Court dismisses the complaint without prejudice. *See* Fed. R. Civ. P. 11(a).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

  The Clerk of Court is directed to enter judgment in this action.

SO ORDERED.

Dated: January 8, 2025
    New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
               Chief United States District Judge