RECEIVED
FEB 0 7 2025
PRO SE OFFICE

*U.S DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK*

Dear, Your Honor

**Docket# 1:2024cv07302**

**Diomande v. The City Of New York et al**

On September 27,2024 my case was assigned to you after I agreed to a motion in the Eastern District Court of (Kings County). Your Honor Ordered a direct signature to the Forma Pauperis Application. I believe you were saying my petition was not signed. I called the Pro'se office in Brooklyn and asked them what was not signed? In their response my application was complete. After my case was transferred I am being asked to signed something in for the Southern District Court. I looked up my case again I called Manhattan Southern District. Pro'Se told me the same thing Brooklyn stated that my application was complete and the judge should have mailed you copy of copy of the unsigned page. Pro'Se asked me "was my application mailed back to me"? I said No I only received the order in the mail and nothing else was attached to it. I came back and fourth to the Southern District of Manhattan to ask Prose for help, I received no help only that the judge should have attached it when it was mailed out.

On October 24,2024, I took my time and reviewed online for the pages I submitted. I also reviewed my documents I submitted. On October 28,2024 I reprinted my document around ten (10)pm. I got ready to head to the Southern District Court House to submit my document again. I went to my car and my car was surrounded by police and my car damaged. I took pictures, video and asked questions. Police officers wasn't concern with damages on my car. There were three (3) people involve with what happen to my vehicle when I observed the situation. The police officers was being very aggressive while I took pictures of my car. One officer grabbed me while I video my car and than pushed me. Once I asked him his name the officers that was around jumped on top of me and dragged me into a police car. I had to go to the hospital for bruises I sustain under their custody. On or about October 30,2024 I came home and sent another email to ProSe@nysd.uscourts.gov at 11:36am requesting in my statement as followed "In response to this document please look for second email sent". " I don't see any missing signatures on this Motion". I also attached the filed Motion dated September 18,2024 and September 19,2024. On January 31,2025 I was finally able to speak to someone who took the time out to help me at the Pro'Se Unit. I explain that since October 2024 I have been trying to find out what was the missing documents that was unsigned that the is now saying I did not submit? Pro'Se said the page on the "IFP application was not signed". That I did not print my name.

Your Honor, I had no clue what a "IFP" application was once she said it. She said the judge should have mailed you a copy of the form that needed to be signed. I told her I did not receive a copy of any form only the order in the mail. I was so confused why Pro'se did not reach back out to me even after I rely on their help in person and by a timely email. The lady at Pro'Se

1

asked me "what email you sent it too"? I told her the date and the email address is ProSe@nysd.uscourts.gov. She stated "I found it" and "We don't reply to these emails" she sts "we did  received your email request and attachment". The Pro'se unit was well aware of my email in regards to my question of what page  I was missing a signature and they deliberately ignored my emails they received on 10/30/24. I asked them why wasn't my email and attachment not sent to the judge? She said "she don't know "and we don't resend documents that has already been submitted on file".


Something so simple , I tried to get help at the Pro'se offices. I submitted my documents in the Eastern District and the Pro'Se Unit sts everything was fine. My prior judge approved my case. I had no knowledge of a "IFP" was a wavier. Or had any knowledge you were actually speaking about an incomplete wavier. As ProSe and taking the time to learn and represent myself something so small I could not figure out what was missing after weeks of looking, using my resources who ignored me while I asked for help a number of times. And ignoring my emails based on the Prose unit stating they don't respond or resubmit document already on file. In other words I have already submitted a waiver that the Eastern District states was complete. The Southern District received the same documents and tells me that don't resubmit what's already on file. An order made by you and that I did not know what exactly I was supposed to be looking for because of the mishaps with Pro'se not submitted documents I emailed and not responding to my case. This case is very important to me based on the facts and circumstances above I am asking you to please reconsider your decision made on January 14,2024. I have attached my "IFP" waiver that's now known to me as a wavier. I pray that you deem this just and proper as the circumstances became unfortunate as I rely upon Southern District Courts Pro'se unit for help  but was ignored entirely.


Kassia Diomande

*Kassia Diomande*

Petitioner,

Dated, February 2,2024

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:  $ _____ 0.00 .

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value):*
Auto loan $35,500, no property.

6.  Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense):*
rentpayment is 1,300, gas $300, unilities $230, loan a payments $872 to $1,500 per month and Two credits cards from $81 to $35 per month payment, instate rent and outstate rent.

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
CD 13Y,KD 15Y,BBD 5Y all of children are supported by Mother Kassia Diomande without any support,Schools, clothes, shelter and Medical are under my care.

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable):*
Auto loan $35,000 capital one bank and Medical bill $10,000 synocyn bank

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  _____05/15/24_____          _Kassia Diomande_____

                                                                    *Applicant's signature*

                                                                    Kassia Diomande
                                                                    *Printed name*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KASSIA DIOMANDE,

                    Plaintiff,

        -against-

THE CITY OF NEW YORK, ET AL.,

                    Defendants.

24-CV-7302 (LTS)

ORDER DIRECTING SIGNATURE

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*.[1] The *in forma pauperis* application that Plaintiff

submitted is unsigned. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very

pleading, written motion, and other paper must be signed . . . by a party personally if the party is

unrepresented." Fed. R. Civ. P. 11(a); *see Becker v. Montgomery*, 532 U.S. 757, 764 (2001)

(interpreting Rule 11(a) to require, "as it did in John Hancock's day, a name handwritten (or a

mark handplaced)").[2]

Plaintiff is directed to sign and submit the attached signature page within 30 days of the

date of this order. If Plaintiff returns the signed document by mail or in person, it must have a

handwritten signature that complies with Rule 11(a). If Plaintiff submits the document by email,

---

[1] Plaintiff originally filed this complaint in the United States District Court for the
Eastern District of New York, *See Diomande v. City of New York*, No. 24-CV-3509 (RPK) (LB)
(E.D.N.Y. Sept. 23, 2024). By text order dated September 23, 2024, the Eastern District
transferred the action to this court.

[2] Although a "typed name" does not satisfy Rule 11(a)'s signature requirement, the
Supreme Court affirmed the right of courts "by local rule [to] permit papers to be filed, signed, or
verified by electronic means." *Becker*, 532 U.S. at 764. Under this court's local rules, where a
document is filed in accordance with the SDNY Electronic Case Filing ("ECF") Rules &
Instructions ("ECF Rules"), the filing complies with the local rules. *See* Local Civil Rule 5.2.
Rule 1.1 and Appendix C of the ECF Rules authorize self-represented parties to sign documents
submitted to the court by email using an electronic signature or typed name with /s.

to ProSe@nysd.uscourts.gov, Plaintiff may use instead an electronic signature or a typed name with /s/ ("/s/ Kassia Diomande") on the signature line. The signed document must be labeled with the docket number 24-CV-7302 (LTS).[3]

No summons or answer shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:    September 27, 2024
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge

---

[3] For registered ECF filers, "[t]he user log-in and password required to submit documents to the ECF system serve as the Filing User's signature on all electronic documents filed with the Court." Rule 8.1 of the ECF Rules. Self-represented litigants must request permission to register for ECF by filing a Motion for Permission for Electronic Case Filing.

2

# M Gmail

Kassia Diomande <diomandekassia@gmail.com>

## 24-cv-7302(LTS) Kassia Diomande
1 message

**Kassia Diomande** <diomandekassia@gmail.com>                              Wed, Oct 30, 2024 at 11:36 AM
To: ProSe@nysd.uscourts.gov

In response to this document please look for second email sent. I don't see any missing signatures on this motion.

https://mail-attachment.googleusercontent.com/attachment/u/1/s/?view=att&th=1920c62e886dd8ba&attid=0.1&
disp=attd&realattid=28BD7C70-7E98-4B78-95F0-929732B4A1E4&safe=1&zw&saddbat=
ANGjdJ8a1ltdfyp059wPOpUKaRrcGVKqCHrzgGwALixCey5el73zX8QGoOHOKWZ8Vco7L36OZpJoMZqC2etnGOadrr
tQUM7nX5VZMLmUNV-K6moYTKdLEri5ww79tlp87PhaJP6PcAIBXM0sV7MeBhY4vGSXDzurhwvq3Xc
wRrX4lvQ1XjfphZlz2bLGWUDRXst-O5mhe_dQYR6-rpj_crNdEebNX-q2c4PA4m4pHjL_
AwmqpeaOCUZzgKHJ6YUeQKjBaMihsrg08CGW_UsZq9zfWUkkXd7RdmZQtWXX4uPlLPW
PsvvWlblJROaVY5DDLtuDlfGvX2Xv_uOGZQurTq8-CvGlFvjOFiyjU2szvY9GXO21Xd6Lxd
GkYchPjfNdy52WBMcb78kU6ZsDclF3OfmklimWtF3bUacdMCSOESTGh40yBvNDXdZY8RoZKnZIGNscAurl9RA7HQFx
BtNXKG_mjQaLRm4h2bC4KXDWOmYCo9Vkx_y6gkJAdCiOhvC_asnJT4Evm_b_o09e3zGbgO9sQviz-
ILgpNdjzu6DarFa9rl3RIDOcU2CExKx0AZtmI0e6aRbF5chn77ccgL3-FQELy8GM5vEMYin6VKTFxb1NTwLcRU
DnNTckfBa-iAyCRIWxcPZBocup2dDST5Df8u-bExC9XQ1xcYwsjJ_CJsMOroiZIB5DZp0pDdjldY9z35_
cXINe7jldoyKvPer4-AuhWoBwDQnL0GkI3YzT_KhFsa601NKd2dh47UkjpuW8H4LIzSyCglkGVT-
cSMZkN8rNYUJsY2FFXevaOJ3AAq8Xa1ClaG5CkZhJnOJSLhYjZQquxR1Qy8QWZy0G1ckoKJhrVSZdojP5GhSpWloBD
lho3WleWblEDsOLio88sNPgFzr8zceZFFKNX5W_n7t7TOTU0U-FvVQllaMDo50D63V8EocjHMt2hNebY
k7fKn8HHb9aBCkm4_k-DMInbCir-TKEOHAe7EROe3QD2922fNDm7fRYXoUx609kc_oWgkck6NLBI-0H4oDaCVydz-
r2bqMFzlfL5xGFnlzg3G2Ow

Sent from my iPhone

📎 **2024-09-19_182315.pdf**
     17260K



KASSIA Diomonde
70 Mal Com X Blvd. Apt 11H
New York, NY 10026

Chief United States District Judge
Laura Taylor Swain
United States Courthouse
500 pearl Street
New york, NY 10007

CERTIFIED MAIL

UNITED STATES
POSTAL SERVICE.

RDC 99

FEB 04, 2025
$5.86
S2323W500713-13
10007

RECEIVED
FEB 07 2025
PRO SE OFFICE