UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

KASSIA DIOMANDE,

                                                  Plaintiff,            **NOTICE OF MOTION**

        -against-

                                                                24 Civ. 07302 (DEH)(GS)

CITY OF NEW YORK, JOSHUA ALBANESE,
KELSEY COLUMNA, LESNER DELGADO,
SERGEANT ROBERT REID, AND
CHABELI DUARTE,

                                                Defendants.

------------------------------------------------------------------------ x

       **PLEASE TAKE NOTICE** that upon the Memorandum of Law, dated September 8, 2025, Defendants City of New York, Joshua Albanese, Kelsey Columna, Lesner Delgado, and Chabeli Duarte will move before the Honorable Gary Stein at the United States Courthouse for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order dismissing claims in the above-captioned matter, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, dismissing the Third Amended Complaint in its entirety, with prejudice, and for such other and further relief as the Court may deem just and proper.

       **PLEASE TAKE FURTHER NOTICE,** that, Plaintiff is to serve her opposition papers on or before October 8, 2025; and

**PLEASE TAKE FURTHER NOTICE** that the moving defendants are to serve their reply papers on October 22, 2025.

Dated: September 8, 2025
New York, New York

                MURIEL GOODE-TRUFANT
                Corporation Counsel of the City of
                   New York
                *Attorney for Defendants City, Albanese, Columna, Delgado, and Duarte*
                100 Church Street
                New York, New York 10007
                P: (212) 356-5053

                By:   *Odalmy Ruiz /s/*
                        Odalmy Ruiz, Esq.
                        *Assistant Corporation Counsel*

Cc:  Kassia Diomande – *pro se* plaintiff
      70 Lenox Avenue,
      Apt 11-H
      New York, NY 10026