

<table>
<tr><td>**MURIEL GOODE-TRUFANT**<br>*Corporation Counsel*</td><td>THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007</td><td>**ODALMY RUIZ**<br>*Assistant Corporation Counsel*<br>Tel.: (212) 356-5053<br>Fax: (212) 356-3509<br>odaruiz@law.nyc.gov</td></tr>
</table>

September 16, 2025

**VIA ECF**
Honorable Gary Stein
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007

      Re:    Kassia Diomande v. The City of New York, et al.,
                24 Civ. 7302 (DEH)(GS)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, and attorney for defendants City of New York, Albanese, Columna, Duarte, Delgado and Reid in the above-referenced matter. I write pursuant to the Court's September 10, 2025 Order directing Defendants to inform the Court whether the City will be representing Sgt. Robert Reid in this instant matter.

      By way of background, Defendants submitted a fully briefed motion on the pleadings and answer on September 8, 2025. (See ECF Nos. 38-42). Defendants write to inform the Court that the City now represents Defendant Sgt. Robert Reid in this matter. Rather than submitting his own briefing in support of his Motion on the Pleadings, Defendant Robert Reid respectfully seeks permission of the Court to join Defendants' briefed 12(c) motion.

      Defendants thank the Court for its time and attention to this matter.

                              Respectfully Submitted,

                              *Odalmy Ruiz /s/*
                              Odalmy Ruiz
                              *Assistant Corporation Counsel*
                              New York City Law Department
                              100 Church Street
                              New York, NY 10007
                              (212) 356-5053
                              odaruiz@law.nyc.gov

cc: **<u>VIA FIRST CLASS MAIL</u>**
Kassia Diomande
70 Lenox Avenue
Apt. 11-H
New York, NY 10026
*Plaintiff Pro Se*