UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KASSIA DIOMANDE,<br><br>                              Plaintiff,<br><br>        -against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                              Defendants. | 24 Civ. 7302 (DEH) (GS)<br><br>ORDER |

**GARY STEIN, United States Magistrate Judge:**

Defendants City of New York, Joshua Albanese, Kelsey Columna, Lesner Delgado, Robert Reid, and Chabeli Duarte (collectively, "City Defendants") move for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) on the grounds that Plaintiff previously entered into a settlement that bars the instant action. (Dkt. Nos. 39–42).

Plaintiff is informed that she may respond in one of two ways: (1) she may file a brief in opposition to City Defendants' Motion for Judgment on the Pleadings; or (2) she may file a Fourth Amended Complaint that seeks to cure the deficiencies alleged in City Defendants' Motion as Plaintiff has not yet amended in response to a Rule 12 motion. **If Plaintiff files neither an opposition brief nor an amended complaint by the deadline set forth below, <u>the Court will treat the City Defendants' Motion for Judgment on the Pleadings as unopposed.</u>**

The Court sets the following schedule with respect to City Defendants' Motion for Judgment on the Pleadings:

- Plaintiff's **opposition brief** opposing City Defendants' Motion to for Judgment on the Pleadings <u>or</u> **an amended complaint** that attempts to cure the deficiencies alleged in City Defendants' motion is **due no later than Monday, October 20, 2025.**

- Should Plaintiff file an opposition brief, the City's reply, if any, is due no later than Monday, November 3, 2025.

**SO ORDERED.**

Dated: New York, New York
September 17, 2025

_____
GARY STEIN
United States Magistrate Judge