Doc# 1:24-cv-07302-(DEH)(GS)

Civil Action Complaint.

Dear, your Honor

After carefully reviewing my case with the City of New York against the NYPD filed. I wish to voluntarily dismiss my claim with the City of New York with prejudice. I have already sent an email to Odalmy Ruiz on October 27, 2025 @ 12:41pm in regard to my request.

Sincerely,
Kassia Diomande
70 Malcolmx Blvd
Apt 11H
NY, NY 10026
x Kassia Diomande

RECEIVED
SDNY PRO SE OFFICE
2025 NOV -7 AM 10:16

Magistrate Judge
Hon. Gary Stein
United States Courthouse
500 Pearl Street
New York, NY 10007

Kassia Diamande
70 Malcolm X Blvd Apt 11H
New York, NY 10026