UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KASSIA DIOMANDE,

                              Plaintiff,

          -against-

THE CITY OF NEW YORK, et al.,

                             Defendants.

24 Civ. 7302 (DEH) (GS)

ORDER

**GARY STEIN, United States Magistrate Judge:**

      Plaintiff, who is appearing *pro se*, brings this action under federal law, alleging that the City of New York ("City") and various "John Doe" and "Jane Doe" New York City Police Department officers violated her constitutional rights. (Dkt. Nos. 1, 4). Following disclosure of the relevant John Doe and Jane Doe Defendants, Plaintiff filed her Second Amended Complaint against the City and Officers Kelsey Columna, Chabeli Duarte, Robert Reid, Lesner Delgado, and Joshua Albanese (the "Individual Defendants"). (Dkt. No. 27). On September 8, 2025, the Defendants filed a joint Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c). (Dkt. No. 39). This Court ordered that Plaintiff file an opposition brief to Defendants' Motion or amend her Complaint by no later than October 3, 2025. (Dkt. No. 46). Plaintiff thereafter requested an extension to file her opposition brief by November 12, 2025 (Dkt. No. 49), which this Court granted. (Dkt. No. 50).

      On November 7, 2025, Plaintiff filed a letter stating that she "wish[ed] to voluntarily dismiss [her] claim with the City of New York with prejudice." (Dkt. No. 51). However, Plaintiff did not indicate whether she sought to dismiss her claims as against the Individual Defendants. Plaintiff did not file an opposition brief to Defendants' Motion or amend her Complaint.

Accordingly, Plaintiff is hereby ordered to inform the Court, by no later than Thursday, December 4, 2025, whether she also wishes to dismiss her claims against the Individual Defendants and, if so, whether she wishes to also dismiss them with prejudice. If Plaintiff does not wish to dismiss her claims against the Individual Defendants, she is instructed to inform the Court by no later than December 4, 2025 whether she wishes to file an opposition brief to Defendants' Motion or, alternatively, amend her Complaint as against the Individual Defendants.

**SO ORDERED.**

Dated:   New York, New York
        November 21, 2025

_____
GARY STEIN
United States Magistrate Judge