# Kassia Diomande

RECEIVED
SDNY PRO SE OFFICE

2025 DEC -3 PM 3: 09

70 Lenox Avenue
Apt. 11-H
New York, NY 10026

**Direct Email: diomandekassia@gmail.com**

December 3, 2025

**VIA ECF**
The Honorable Gary Stein
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re:  Kassia Diomande v. The City of New York, et al.,
<u>Case No. 1:24-cv-07302-DEH-GS</u>

Dear Judge Stein,

I write as Plaintiff in the above-referenced matter, pursuant to Your Honor's November 24, 2025 Order at Dkt. No 52, ordering me to inform the Court by no later than December 4, 2025 whether I wish to file an opposition brief to Defendants' Motion for Summary Judgment or, alternatively, amend my Complaint as against the Individual Defendants. Pursuant to Your Honor's Order, I respectfully inform the Court as follows:

I wish to dismiss my claims against the Individual Defendants in this action *with prejudice*, as well as against Defendant the City of New York *with prejudice*. Accordingly, I do not wish to file an opposition brief to Defendants' Motion for Summary Judgment, nor do I wish to amend my Complaint as against the Individual Defendants in this action.

I thank the Court for its time and attention to this matter.

Respectfully Submitted,

Kassia Diomande
*Plaintiff, Pro Se*

cc: Odalmy Ruiz (Via ECF)
    Joseph Peter Zangrilli (Via ECF)